UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CPM,

Petitioner,

v.

JULIO HERNANDEZ *et al*,

Respondents.

Case No. 6:26-cv-01696-MC

**ORDER**

MCSHANE, Judge:

On August 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging their immigration detention. ECF No. 1.

Respondents must show cause no later than **August 19, 2026** why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury. Petitioner may file a reply no later than **August 21, 2026**.

**IT IS SO ORDERED.**

DATED this 14th day of August 2026.

/s/ Michael McShane
Michael McShane
United States District Judge